**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **CAUSE NO. 1:12-cr-49-LG-RHW-1
CIVIL ACTION NO. 1:23-cv-323-LG**

**DARRELL RAY MORRIS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned

habeas corpus case, in which the detention complained of arises out of process

issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court,

considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule

22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules

Governing Section 2254 Cases in the United States District Courts, hereby finds

that:

    _ X _ A Certificate of Appealability should not issue.  The applicant has failed
to make a substantial showing of the denial of a constitutional right.

    ____ A Certificate of Appealability should issue for the following specific
issue(s):

**SO ORDERED AND ADJUDGED** this the 4th day of December, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE